Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Michael Morrison (State Bar No. 205320)
Alexander Krakow & Glick LLP
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Phone: (310) 394-0888
Fax: (310) 394-0811
mmorrison@akgllp.com

Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ramon Tovar, *on behalf himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> PayPal, Inc. and Bill Me Later, Inc., <br><br> Defendants. | Case No: 5:17-cv-04421-NC <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice, with each side to bear its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: October 17, 2017 | /s/ Aaron D. Radbil |

Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com

Michael Morrison
Alexander Krakow & Glick LLP
401 Wilshire Boulevard, Suite 1000
Santa Monica, California 90401
Phone: (310) 394-0888
Fax: (310) 394-0811
mmorrison@akgllp.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2017, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

/s/ Aaron D. Radbil
Aaron D. Radbil

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE